UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PIERRE MITCHELL OUELLETTE,

    Petitioner,

                                                                   Case No. 5:05-cv-89

v

                                                                   Hon. Wendell A. Miles

KENNETH T. McKEE, Warden,

    Respondent.

_____/


JUDGMENT


The petition for writ of habeas corpus is denied.


Entered this 22nd day of September, 2008.


                                                                          /s/ Wendell A. Miles
                                                                  Wendell A. Miles, Senior Judge